FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 16 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BRANDON POWELL,            PLAINTIFF,

VS.     CASE NO.   2:23-cv-00061 BSM

TERRY N. DAVIS            DEFENDANTS.

This case assigned to District Judge __MILLER__
and to Magistrate Judge __VOLPE__

## COMPLAINT FOR PERSONAL INJURIES

Plaintiff, Brandon Powell, for cause of action against the Defendant, Terry Davis, would charge and allege unto the unto the Court as follows:

### JURISDICTIONAL STATEMENT

1. This Honorable Court has jurisdiction over the subject matter of the within action pursuant to *28 U.S.C. §1332*, as the action is between citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs.

2. Venue is proper in this Honorable Court pursuant to *28 U.S.C. §1391(b)(1)* as the Defendant resides in this District.

### PARTIES

3. The Plaintiff BRANDON POWELL is an adult citizen of the State of Tennessee, residing in Memphis, Shelby County, Tennessee.

4. The Defendant, TERRY N. DAVIS, upon information and belief is an adult citizen of the State of Arkansas residing at 447 Saint Francis Avenue, Forrest City, Saint Francis County, Arkansas.

5. The Plaintiff alleges that this cause of action arises in tort as a result of the

injuries and damages negligently inflicted upon him by the Defendants, such injuries arising out of the negligent operation of a motor vehicle and occurring in Horn Lake, Mississippi on February 25, 2021.

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates paragraphs 1-5 by reference as if set out in full.

7. On February 21, 25, 2021 at about 3:30 in the afternoon, Plaintiff Brandon Powell was driving his Nissan Altima Westbound on Goodman Road in the left-hand lane of travel approaching its intersection with Highway 51.

8. It was a clear and sunny day with no weather restrictions.

9. In this area of the roadway, Goodman Road has three lanes of Westbound Traffic, Three Lanes of Eastbound traffic and a dedicated turn lane.

10. As he was proceeding down the roadway, Mr. Powell noticed that traffic was heavy and that the cars in front of him were stopped due to the traffic conditions. Mr. Powell was able to slowly decelerate and stop safely behind the stopped vehicles.

11. At the same time, Your Defendant Terry Davis was driving his full-sized pickup truck pulling a dual axle trailer also in the left lane of Goodman Road some distance behind Your Plaintiff.

12. There were no restrictions blocking Your Defendant's view of the roadway in front of him and in front of the Plaintiff's automobile.

13. Your Defendant was driving too fast for the traffic and his loaded vehicle, was not paying appropriate attention to the roadway in front of him, was following Mr. Powell too closely and not maintaining proper control of his vehicle and trailer, all of which resulted in him rear-ending Mr. Powell's stopped sedan.

14. The force of the impact caused Mr. Powell's vehicle to be knocked forward

along the roadway, striking the rear of the SUV stopped in front of him.

15. Mr. Powell had no warning of the impact and was violently struck from behind, being whipped backwards then forwards again as his care was knocked into the SUV in front of him.

16. Mr. Powell suffered serious injuries and damages as a result of this collision as set forth hereinafter including such that required surgical intervention to address. Mr. Powell incurred approximately $100,000.00 in reasonable and necessary medical treatment as a result of injuries suffered in this collision.

## COUNT I – NEGLIGENCE

17. Plaintiff incorporates Paragraph's 1-16 herein as if set out in full.

18. At the time and place of the aforementioned accident, Defendant operated his vehicle in a negligent fashion, by: driving too fast, following too closely, failing to maintain a proper control of the vehicle; and, failing to devote sufficient time and attention to the roadway in front of him. In short, he failed to exercise due care in the operation of his full-sized truck / trailer as described herein and causing it to collide with Plaintiff's automobile which was legally stopped in the roadway in front of him

19. Defendant owed Plaintiff the duty to exercise reasonable care in the operation of the vehicle he was driving and he breached that duty when he failed to operate the vehicle in a safe, reasonable and prudent manner specifically, he had a duty to maintain a safe and proper lookout of the roadway in front and around of him, to not follow too closely or maintain proper control of his truck so that it could stop for traffic conditions plainly seen in front of him.

20. Defendant owed Plaintiff the duty to operate his vehicle in a reasonably safe and prudent manner, and his violation of that duty is the sole, direct and proximate cause of Plaintiff's injuries and damages.

21. As a direct and proximate result of Defendant's breach of duty and resulting impact, Plaintiff's suffered severe injuries and damages as set forth in further detail below.

## *INJURIES AND DAMAGES*

22. Plaintiffs incorporate paragraphs 1-21 herein as if set out in full.

23. Plaintiff sustained severe and serious permanent injuries and damages, to wit: (a) Severe, painful and permanent bodily injuries; (b) Great fright and shock; (c) Great physical pain and mental anguish; (d) Inability to enjoy the normal pleasures of life; (e) Permanent scarring and disfigurement; (f) Loss of income and income producing capacity; and (g) Property Damages

## *RELIEF SOUGHT*

WHEREFORE, PREMISES CONSIDERED, Plaintiff makes claim for a sum not to exceed $250,000.00 and he respectfully requests all such other relief to which he may be entitled in both Law and Equity and respectfully demands a TRIAL BY JURY.

Respectfully Submitted,

_____
Kenneth M. Margolis
TN Bar No. 022906
Admitted to Practice USDC-EDAR
*Counsel for Plaintiffs*
5050 Poplar Avenue, Suite 1632
Memphis, TN 38157
(901) 405-3013 (office)
(901) 203-0506 (facsimile)
Kmargolis@margolis-law.com