IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRANDON POWELL**                                                                                          **PLAINTIFF**

**v.**                                       **CASE NO. 2:23-CV-00061-BSM**

**TERRY N. DAVIS**                                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE